# EXHIBIT E

| US8861512 | HCL Sametime  ("The Accused Product") |
|---|---|
| 1. A method of enabling a wireless device, located in a region, to initiate a network connection without using a network operator's home location register that covers that region, comprising the steps of: | The accused product discloses a method of enabling a wireless device (e.g., Smartphone), located in a region, to initiate a network connection (e.g., SIP Invite) without using a network operator's home location register that covers that region.<br><br>The accused product uses Internet or IP network for calling. As shown below, the accused product doesn't make use of home location register (e.g., HLR). |



# HCL Sametime

**HCL Software**   **Communication**

3+

ⓘ This app is compatible with your device.

🔖 Add to Wishlist

**Install**

https://play.google.com/store/apps/details?id=com.hcl.android.sametime&hl=en

HCL Sametime is a highly secure, persistent team chat app for the HCL Sametime platform. It allows users to communicate securely in real-time across devices on web, desktop or mobile.

It is ideal for cross-team chat in countries with strict data privacy and gravity laws, companies in regulated industries, and government entities who need to be able to ensure the security and auditability of their data. With v11, secure conversations just got a lot easier. From a new user experience to modernized industry-standard technologies, Sametime v11 the best, most feature-rich version yet.

HCL Sametime works with your Sametime 10 and 11 server infrastructure.
https://play.google.com/store/apps/details?id=com.hcl.android.sametime&hl=en

## Sametime server architecture

A typical IBM® Sametime® deployment includes a cluster of servers for instant messaging on an IBM Domino®-based platform and other clustered servers running on IBM WebSphere® Application Server that support meetings, audio-visual services, and connections to a variety of clients.

The illustration shows the different types of servers and clients you can have in an IBM Sametime deployment. A Sametime deployment can be comprised of several types of Sametime servers and several types of Sametime clients.



https://help.hcltechsw.com/sametime/10.0/plan/over_server_arch.html



# IBM/HCL Sametime Product Family Today

**HCL**

**Sametime Communicate & Conference plus:**
**Chat / Meetings Integration**
- Multi-party video calls via Chat
- Instant screen / application sharing
**Eclipse-based Meeting Experience**
- Attend meetings
- Manage meeting rooms
- Calendar integration
- Drag-and-drop to invite participants from Contact List

**Sametime Limited Use plus:**
**Presence and Instant Messaging**
- Single, multi-file, and folder transfer
- Screen capture and annotations
- Federation with 3rd-party services
**Social Tools**
- Community announcements
- Community chat
- Skill Tap
- Instant Polls
- Persistent chat rooms
**Audio, Video and Telephony via Chat**
- Peer-to-peer voice and video
- SIP softphone (voice and video)
Clients

**Meetings**
- Reservation-less, persistent rooms
- Multiple rooms per user
- Document, screen, and application sharing
- Integration with Connections Files
- Polls, hand raise, annotation tools
- Recordings and meeting reports
- Meeting chat
- Meeting minutes and action items
- Lecture-mode meetings
**Audio and Video via Meetings**
- Multi-party voice and video
- Software Video MCU / Video Manager (Polycom)
- Dial-out to audio conferencing bridges
- Bandwidth management (meetings)
**Clients**
- Browser client
- Mobile clients (iOS, Android)
**Integration**
- Client and server-side toolkits

**Presence and Instant Messaging**
- Presence awareness including automated geographic awareness
- User alerts and privacy lists
- 1:1 and group chat
- Persistent chat (v10)
- Multi-device chat (v10)
**Clients**
- Browser client

**Sametime Complete**

**Sametime Communicate**

**Sametime Conference**

**Sametime Limited Use**

https://www.cwpcollaboration.com/uploads/1/0/2/7/102707030/hcl_factory_tour_4_sametime_v11.pdf



```
                    SIP: Session Initiation Protocol

              atlanta.com . . . biloxi.com
                  proxy              proxy
          .                                          .
   Alice's  .  . . . . . . . . . . . . . . . . .  Bob's
   softphone                                     SIP Phone

          |    INVITE F1    |                 |          |
          |---------------->|   INVITE F2     |          |
          |  100 Trying F3  |---------------->|  INVITE F4          |
          |<----------------|  100 Trying F5  |---------------->          |
          |                 |<--------------- |  180 Ringing F6    |
          |                 |  180 Ringing F7 |<----------------          |
          |  180 Ringing F8 |<----------------|   200 OK F9        |
          |<----------------|    200 OK F10   |<----------------          |
          |   200 OK F11    |<----------------|                 |          |
          |<----------------|                 |                 |          |
          |                      ACK F12                        |          |
          |------------------------------------------------------->          |
          |                    Media Session                    |          |
          |<=====================================================>          |
          |                      BYE F13                        |          |
          |<-------------------------------------------------------          |
          |                    200 OK F14                       |          |
          |------------------------------------------------------->          |
```

https://tools.ietf.org/html/rfc3261

| (a) the wireless device using a module that is responsible for contacting a server to communicate with the server over a wireless link, wherein the device | The wireless device (e.g., Smartphone) using a module (e.g., HCL Sametime application) that is responsible for contacting a server (e.g., HCL Sametime server) to communicate with the server (e.g., HCL Sametime server) over a wireless link (e.g., Wi-Fi/Cellular link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., HCL Sametime application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone). |
|---|---|

includes the module that is implemented as software and that is downloadable to the device;



https://play.google.com/store/apps/details?id=com.hcl.android.sametime&hl=en

| | HCL Sametime is a highly secure, persistent team chat app for the HCL Sametime platform. It allows users to communicate securely in real-time across devices on web, desktop or mobile.

It is ideal for cross-team chat in countries with strict data privacy and gravity laws, companies in regulated industries, and government entities who need to be able to ensure the security and auditability of their data. With v11, secure conversations just got a lot easier. From a new user experience to modernized industry-standard technologies, Sametime v11 the best, most feature-rich version yet.

HCL Sametime works with your Sametime 10 and 11 server infrastructure.
https://play.google.com/store/apps/details?id=com.hcl.android.sametime&hl=en |

## Sametime server architecture

A typical IBM® Sametime® deployment includes a cluster of servers for instant messaging on an IBM Domino®-based platform and other clustered servers running on IBM WebSphere® Application Server that support meetings, audio-visual services, and connections to a variety of clients.

The illustration shows the different types of servers and clients you can have in an IBM Sametime deployment. A Sametime deployment can be comprised of several types of Sametime servers and several types of Sametime clients.



https://help.hcltechsw.com/sametime/10.0/plan/over_server_arch.html



# IBM/HCL Sametime Product Family Today

**Sametime Communicate & Conference plus:**
**Chat / Meetings Integration**
- Multi-party video calls via Chat
- Instant screen / application sharing

**Eclipse-based Meeting Experience**
- Attend meetings
- Manage meeting rooms
- Calendar integration
- Drag-and-drop to invite participants from Contact List

**Sametime Limited Use plus:**
**Presence and Instant Messaging**
- Single, multi-file, and folder transfer
- Screen capture and annotations
- Federation with 3rd-party services

**Social Tools**
- Community announcements
- Community chat
- Skill Tap
- Instant Polls
- Persistent chat rooms

**Audio, Video and Telephony via Chat**
- Peer-to-peer voice and video
- SIP softphone (voice and video)

**Clients**

**Sametime Complete**

**Sametime Communicate**

**Sametime Conference**

**Sametime Limited Use**

**Meetings**
- Reservation-less, persistent rooms
- Multiple rooms per user
- Document, screen, and application sharing
- Integration with Connections Files
- Polls, hand raise, annotation tools
- Recordings and meeting reports
- Meeting chat
- Meeting minutes and action items
- Lecture-mode meetings

**Audio and Video via Meetings**
- Multi-party voice and video
- Software Video MCU / Video Manager (Polycom)
- Dial-out to audio conferencing bridges
- Bandwidth management (meetings)

**Clients**
- Browser client
- Mobile clients (iOS, Android)

**Integration**
- Client and server-side toolkits

**Presence and Instant Messaging**
- Presence awareness including automated geographic awareness
- User alerts and privacy lists
- 1:1 and group chat
- Persistent chat (v10)
- Multi-device chat (v10)

**Clients**
- Browser client

https://www.cwpcollaboration.com/uploads/1/0/2/7/102707030/hcl_factory_tour_4_sametime_v11.pdf

| | |
|---|---|
| | ```
         SIP: Session Initiation Protocol

        atlanta.com  . . .  biloxi.com
           proxy              proxy
   .                                      .
Alice's  . . . . . . . . . . . . .   Bob's
softphone                             SIP Phone

   |      INVITE F1   |                 |
   |---------------->|   INVITE F2     |
   |   100 Trying F3 |---------------->|   INVITE F4
   |<----------------|   100 Trying F5 |---------------->
   |                 |<--------------- | 180 Ringing F6
   |                 | 180 Ringing F7  |<----------------
   |  180 Ringing F8 |<--------------- |   200 OK F9
   |<----------------|    200 OK F10   |<----------------
   |   200 OK F11    |<----------------|
   |<----------------|                 |
   |                     ACK F12       |
   |-------------------------------------------------->|
   |                  Media Session                    |
   |<=================================================>|
   |                     BYE F13                       |
   |<--------------------------------------------------|
   |                    200 OK F14                     |
   |-------------------------------------------------->|
``` https://tools.ietf.org/html/rfc3261 |
| (b) the wireless device using the module to send, over the wireless link, data to the server that defines a call request; | The wireless device (e.g., Smartphone) using the module (e.g., HCL Sametime application) to send, over the wireless link (e.g., Wi-Fi/Cellular link), data to the server (e.g., HCL Sametime server) that defines a call request (e.g., Invite signal from caller to server). |



# IBM/HCL Sametime Product Family Today

**HCL**

**Sametime Communicate & Conference *plus*:**
**Chat / Meetings Integration**
- Multi-party video calls via Chat
- Instant screen / application sharing

**Eclipse-based Meeting Experience**
- Attend meetings
- Manage meeting rooms
- Calendar integration
- Drag-and-drop to invite participants from Contact List

**Sametime Limited Use *plus*:**
**Presence and Instant Messaging**
- Single, multi-file, and folder transfer
- Screen capture and annotations
- Federation with 3rd-party services

**Social Tools**
- Community announcements
- Community chat
- Skill Tap
- Instant Polls
- Persistent chat rooms

**Audio, Video and Telephony via Chat**
- Peer-to-peer voice and video
- SIP softphone (voice and video)

**Clients**

**Meetings**
- Reservation-less, persistent rooms
- Multiple rooms per user
- Document, screen, and application sharing
- Integration with Connections Files
- Polls, hand raise, annotation tools
- Recordings and meeting reports
- Meeting chat
- Meeting minutes and action items
- Lecture-mode meetings

**Audio and Video via Meetings**
- Multi-party voice and video
- Software Video MCU / Video Manager (Polycom)
- Dial-out to audio conferencing bridges
- Bandwidth management (meetings)

**Clients**
- Browser client
- Mobile clients (iOS, Android)

**Integration**
- Client and server-side toolkits

**Presence and Instant Messaging**
- Presence awareness including automated geographic awareness
- User alerts and privacy lists
- 1:1 and group chat
- Persistent chat (v10)
- Multi-device chat (v10)

**Clients**
- Browser client

**Sametime Complete**

**Sametime Communicate**

**Sametime Conference**

**Sametime Limited Use**

https://www.cwpcollaboration.com/uploads/1/0/2/7/102707030/hcl_factory_tour_4_sametime_v11.pdf



```
                    SIP: Session Initiation Protocol

            atlanta.com . . . biloxi.com
                 proxy              proxy
          .                                      .
    Alice's . . . . . . . . . . . . . . . . . .   Bob's
    softphone                                    SIP Phone

        |    INVITE F1   |              |              |
        |-------------->|   INVITE F2   |              |
        |  100 Trying F3 |-------------->|   INVITE F4   |
        |<--------------|               |-------------->|
        |               |  100 Trying F5 |  180 Ringing F6 |
        |               |<-------------- |<--------------|
        |               |  180 Ringing F7 |  200 OK F9     |
        |  180 Ringing F8 |<--------------|<--------------|
        |<--------------|   200 OK F10   |              |
        |   200 OK F11   |<--------------|              |
        |<--------------|               |              |
        |                   ACK F12                     |
        |--------------------------------------------->|
        |                 Media Session                 |
        |<=============================================>|
        |                   BYE F13                     |
        |<---------------------------------------------|
        |                   200 OK F14                  |
        |--------------------------------------------->|
```

https://tools.ietf.org/html/rfc3261

| (c) in response to the call request, a software application running on the server deciding on the appropriate routing to a third party end-user over all available | In response to the call request (e.g., Invite signal from caller to server), a software application (e.g., software pertaining to SIP proxy running at HCL server to route/manage calls) running on the server (e.g., HCL Sametime Server) deciding on the appropriate routing (e.g., Invite signal from server to callee) to a third party end-user (e.g., Other users using HCL Sametime ) over all available networks for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |

networks for that call request without using the network operator's home or visitor location register.



IBM/HCL Sametime Product Family Today

**HCL**

**Sametime Communicate & Conference plus:**

**Chat / Meetings Integration**
- Multi-party video calls via Chat
- Instant screen / application sharing

**Eclipse-based Meeting Experience**
- Attend meetings
- Manage meeting rooms
- Calendar integration
- Drag-and-drop to invite participants from Contact List

**Sametime Limited Use plus:**

**Presence and Instant Messaging**
- Single, multi-file, and folder transfer
- Screen capture and annotations
- Federation with 3rd-party services

**Social Tools**
- Community announcements
- Community chat
- Skill Tap
- Instant Polls
- Persistent chat rooms

**Audio, Video and Telephony via Chat**
- Peer-to-peer voice and video
- SIP softphone (voice and video)

**Clients**

**Sametime Complete**

**Sametime Communicate**

**Sametime Conference**

**Sametime Limited Use**

**Meetings**
- Reservation-less, persistent rooms
- Multiple rooms per user
- Document, screen, and application sharing
- Integration with Connections Files
- Polls, hand raise, annotation tools
- Recordings and meeting reports
- Meeting chat
- Meeting minutes and action items
- Lecture-mode meetings

**Audio and Video via Meetings**
- Multi-party voice and video
- Software Video MCU / Video Manager (Polycom)
- Dial-out to audio conferencing bridges
- Bandwidth management (meetings)

**Clients**
- Browser client
- Mobile clients (iOS, Android)

**Integration**
- Client and server-side toolkits

**Presence and Instant Messaging**
- Presence awareness including automated geographic awareness
- User alerts and privacy lists
- 1:1 and group chat
- Persistent chat (v10)
- Multi-device chat (v10)

**Clients**
- Browser client

https://www.cwpcollaboration.com/uploads/1/0/2/7/102707030/hcl_factory_tour_4_sametime_v11.pdf

```
                    SIP: Session Initiation Protocol

              atlanta.com  . . . biloxi.com
                  proxy              proxy              .
      Alice's  . . . . . . . . . . . . . . . . .   Bob's
      softphone                                    SIP Phone

              |   INVITE F1    |               |              |
              |--------------->|  INVITE F2    |              |
              | 100 Trying F3  |-------------->|  INVITE F4   |
              |<---------------| 100 Trying F5 |------------->|
              |                |<--------------| 180 Ringing F6|
              |                | 180 Ringing F7|<-------------|
              | 180 Ringing F8 |<--------------|  200 OK F9   |
              |<---------------|  200 OK F10   |<-------------|
              |  200 OK F11    |<--------------|              |
              |<---------------|               |              |
              |                    ACK F12                    |
              |---------------------------------------------->|
              |                  Media Session                |
              |<=============================================>|
              |                    BYE F13                    |
              |<----------------------------------------------|
              |                   200 OK F14                  |
              |---------------------------------------------->|
```
https://tools.ietf.org/html/rfc3261

| 12. The method of claim 1 in which the module establishes and controls communication between the device and the server. | The module (e.g., HCL Sametime  application) establishes and control communication (e.g., SIP communication) between the wireless device (e.g., Smartphone) and the server (e.g., HCL Sametime server). |

## Sametime server architecture

A typical IBM® Sametime® deployment includes a cluster of servers for instant messaging on an IBM Domino®-based platform and other clustered servers running on IBM WebSphere® Application Server that support meetings, audio-visual services, and connections to a variety of clients.

The illustration shows the different types of servers and clients you can have in an IBM Sametime deployment. A Sametime deployment can be comprised of several types of Sametime servers and several types of Sametime clients.



https://help.hcltechsw.com/sametime/10.0/plan/over_server_arch.html



# IBM/HCL Sametime Product Family Today

**HCL**

**Sametime Communicate & Conference _plus_:**
**Chat / Meetings Integration**
- Multi-party video calls via Chat
- Instant screen / application sharing
**Eclipse-based Meeting Experience**
- Attend meetings
- Manage meeting rooms
- Calendar integration
- Drag-and-drop to invite participants from Contact List

**Sametime Limited Use _plus_:**
**Presence and Instant Messaging**
- Single, multi-file, and folder transfer
- Screen capture and annotations
- Federation with 3rd-party services
**Social Tools**
- Community announcements
- Community chat
- Skill Tap
- Instant Polls
- Persistent chat rooms
**Audio, Video and Telephony via Chat**
- Peer-to-peer voice and video
- SIP softphone (voice and video)
**Clients**

**Meetings**
- Reservation-less, persistent rooms
- Multiple rooms per user
- Document, screen, and application sharing
- Integration with Connections Files
- Polls, hand raise, annotation tools
- Recordings and meeting reports
- Meeting chat
- Meeting minutes and action items
- Lecture-mode meetings
**Audio and Video via Meetings**
- Multi-party voice and video
- Software Video MCU / Video Manager (Polycom)
- Dial-out to audio conferencing bridges
- Bandwidth management (meetings)
**Clients**
- Browser client
- Mobile clients (iOS, Android)
**Integration**
- Client and server-side toolkits

**Presence and Instant Messaging**
- Presence awareness including automated geographic awareness
- User alerts and privacy lists
- 1:1 and group chat
- Persistent chat (v10)
- Multi-device chat (v10)
**Clients**
- Browser client

**Sametime Complete**

**Sametime Communicate**

**Sametime Conference**

**Sametime Limited Use**

https://www.cwpcollaboration.com/uploads/1/0/2/7/102707030/hcl_factory_tour_4_sametime_v11.pdf



SIP: Session Initiation Protocol

```
                    atlanta.com . . . biloxi.com
                       proxy           proxy
   Alice's . . . . . . . . . . . . . . . . . . .  Bob's
   softphone                                      SIP Phone

       |    INVITE F1    |                |                |
       |--------------->| INVITE F2      |                |
       |  100 Trying F3 |--------------->|   INVITE F4    |
       |<---------------|                |--------------->|
       |                |  100 Trying F5 |  180 Ringing F6|
       |                |<-------------- |<---------------|
       |                |  180 Ringing F7|  200 OK  F9    |
       |  180 Ringing F8|<---------------|<---------------|
       |<---------------|   200 OK F10   |                |
       |    200 OK F11  |<---------------|                |
       |<---------------|                |                |
       |                     ACK F12                      |
       |------------------------------------------------->|
       |                   Media Session                  |
       |<================================================>|
       |                     BYE F13                      |
       |<-------------------------------------------------|
       |                    200 OK F14                    |
       |------------------------------------------------->|
```

https://tools.ietf.org/html/rfc3261

| 23. A system comprising a wireless device located in a region and a server for enabling the wireless device to communicate with the server to | The accused product discloses a system comprising a wireless device (e.g., Smartphone) located in a region and a server (e.g., HCL Sametime Server) for enabling the wireless device (e.g., Smartphone) to communicate with the server (e.g., HCL Sametime Server) to initiate a network connection (e.g., SIP Invite) without using a network operator's home location register that covers that region, wherein the server includes a software application (e.g., software running at HCL server to route/manage calls) that functions as a calls manager. |
|---|---|

initiate a network connection without using a network operator's home location register that covers that region, wherein the server includes a software application that functions as a calls manager, wherein:



# HCL Sametime

**HCL Software**   **Communication**

3+

This app is compatible with your device.

Add to Wishlist

**Install**



https://play.google.com/store/apps/details?id=com.hcl.android.sametime&hl=en

HCL Sametime is a highly secure, persistent team chat app for the HCL Sametime platform. It allows users to communicate securely in real-time across devices on web, desktop or mobile.

It is ideal for cross-team chat in countries with strict data privacy and gravity laws, companies in regulated industries, and government entities who need to be able to ensure the security and auditability of their data. With v11, secure conversations just got a lot easier. From a new user experience to modernized industry-standard technologies, Sametime v11 the best, most feature-rich version yet.

HCL Sametime works with your Sametime 10 and 11 server infrastructure.
https://play.google.com/store/apps/details?id=com.hcl.android.sametime&hl=en

# Sametime server architecture

A typical IBM® Sametime® deployment includes a cluster of servers for instant messaging on an IBM Domino®-based platform and other clustered servers running on IBM WebSphere® Application Server that support meetings, audio-visual services, and connections to a variety of clients.

The illustration shows the different types of servers and clients you can have in an IBM Sametime deployment. A Sametime deployment can be comprised of several types of Sametime servers and several types of Sametime clients.



https://help.hcltechsw.com/sametime/10.0/plan/over_server_arch.html



# IBM/HCL Sametime Product Family Today

**HCL**

**Sametime Communicate & Conference _plus:_**
**Chat / Meetings Integration**
- Multi-party video calls via Chat
- Instant screen / application sharing
**Eclipse-based Meeting Experience**
- Attend meetings
- Manage meeting rooms
- Calendar integration
- Drag-and-drop to invite participants from Contact List

**Sametime Limited Use _plus:_**
**Presence and Instant Messaging**
- Single, multi-file, and folder transfer
- Screen capture and annotations
- Federation with 3rd-party services
**Social Tools**
- Community announcements
- Community chat
- Skill Tap
- Instant Polls
- Persistent chat rooms
**Audio, Video and Telephony via Chat**
- Peer-to-peer voice and video
- SIP softphone (voice and video)
**Clients**

**Meetings**
- Reservation-less, persistent rooms
- Multiple rooms per user
- Document, screen, and application sharing
- Integration with Connections Files
- Polls, hand raise, annotation tools
- Recordings and meeting reports
- Meeting chat
- Meeting minutes and action items
- Lecture-mode meetings
**Audio and Video via Meetings**
- Multi-party voice and video
- Software Video MCU / Video Manager (Polycom)
- Dial-out to audio conferencing bridges
- Bandwidth management (meetings)
**Clients**
- Browser client
- Mobile clients (iOS, Android)
**Integration**
- Client and server-side toolkits

**Presence and Instant Messaging**
- Presence awareness including automated geographic awareness
- User alerts and privacy lists
- 1:1 and group chat
- Persistent chat (v10)
- Multi-device chat (v10)
**Clients**
- Browser client

**Sametime Complete**

**Sametime Communicate**

**Sametime Conference**

**Sametime Limited Use**

https://www.cwpcollaboration.com/uploads/1/0/2/7/102707030/hcl_factory_tour_4_sametime_v11.pdf



https://tools.ietf.org/html/rfc3261

| | |
|---|---|
| (a) the wireless device is operable using a module that is responsible for contacting the server to communicate with the server over a wireless link, wherein the device | The wireless device (e.g., Smartphone) is operable using a module (e.g., HCL Sametime application) that is responsible for contacting a server (e.g., HCL Sametime server) to communicate with the server (e.g., HCL Sametime server) over a wireless link (e.g., Wi-Fi/Cellular link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., HCL Sametime application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone). |

includes the module that is implemented as software and that is downloadable to the device;



https://play.google.com/store/apps/details?id=com.hcl.android.sametime&hl=en

| | HCL Sametime is a highly secure, persistent team chat app for the HCL Sametime platform. It allows users to communicate securely in real-time across devices on web, desktop or mobile.<br><br>It is ideal for cross-team chat in countries with strict data privacy and gravity laws, companies in regulated industries, and government entities who need to be able to ensure the security and auditability of their data. With v11, secure conversations just got a lot easier. From a new user experience to modernized industry-standard technologies, Sametime v11 the best, most feature-rich version yet.<br><br>HCL Sametime works with your Sametime 10 and 11 server infrastructure.<br>https://play.google.com/store/apps/details?id=com.hcl.android.sametime&hl=en |
| --- | --- |

## Sametime server architecture

A typical IBM® Sametime® deployment includes a cluster of servers for instant messaging on an IBM Domino®-based platform and other clustered servers running on IBM WebSphere® Application Server that support meetings, audio-visual services, and connections to a variety of clients.

The illustration shows the different types of servers and clients you can have in an IBM Sametime deployment. A Sametime deployment can be comprised of several types of Sametime servers and several types of Sametime clients.



https://help.hcltechsw.com/sametime/10.0/plan/over_server_arch.html



# IBM/HCL Sametime Product Family Today

**HCL**

**Sametime Communicate & Conference *plus*:**
**Chat / Meetings Integration**
- Multi-party video calls via Chat
- Instant screen / application sharing

**Eclipse-based Meeting Experience**
- Attend meetings
- Manage meeting rooms
- Calendar integration
- Drag-and-drop to invite participants from Contact List

**Sametime Limited Use *plus*:**
**Presence and Instant Messaging**
- Single, multi-file, and folder transfer
- Screen capture and annotations
- Federation with 3rd-party services

**Social Tools**
- Community announcements
- Community chat
- Skill Tap
- Instant Polls
- Persistent chat rooms

**Audio, Video and Telephony via Chat**
- Peer-to-peer voice and video
- SIP softphone (voice and video)

**Clients**

**Meetings**
- Reservation-less, persistent rooms
- Multiple rooms per user
- Document, screen, and application sharing
- Integration with Connections Files
- Polls, hand raise, annotation tools
- Recordings and meeting reports
- Meeting chat
- Meeting minutes and action items
- Lecture-mode meetings

**Audio and Video via Meetings**
- Multi-party voice and video
- Software Video MCU / Video Manager (Polycom)
- Dial-out to audio conferencing bridges
- Bandwidth management (meetings)

**Clients**
- Browser client
- Mobile clients (iOS, Android)

**Integration**
- Client and server-side toolkits

**Presence and Instant Messaging**
- Presence awareness including automated geographic awareness
- User alerts and privacy lists
- 1:1 and group chat
- Persistent chat (v10)
- Multi-device chat (v10)

**Clients**
- Browser client

Sametime Complete

Sametime Communicate

Sametime Conference

Sametime Limited Use

https://www.cwpcollaboration.com/uploads/1/0/2/7/102707030/hcl_factory_tour_4_sametime_v11.pdf

| | |
|---|---|
| | SIP: Session Initiation Protocol<br><br>atlanta.com . . . biloxi.com<br>proxy          proxy<br><br>Alice's . . . . . . . . . . . . . . . . Bob's<br>softphone                              SIP Phone<br><br>```
|    INVITE F1   |                |                |
|--------------->| INVITE F2      |                |
|   100 Trying F3|--------------->|  INVITE F4     |
|<---------------|                |--------------->|
|                | 100 Trying F5  |  180 Ringing F6|
|                |<-------------- |<---------------|
|                | 180 Ringing F7 |  200 OK F9     |
|   180 Ringing F8|<-------------- |<---------------|
|<---------------| 200 OK F10     |                |
|   200 OK F11   |<---------------|                |
|<---------------|                |                |
|                     ACK F12                      |
|------------------------------------------------->|
|                  Media Session                   |
|<================================================>|
|                     BYE F13                      |
|<-------------------------------------------------|
|                    200 OK F14                     |
|------------------------------------------------->|
```<br><br>https://tools.ietf.org/html/rfc3261 |
| (b) the wireless device is operable using the module to send, over the wireless link, data to the server that defines a call request; | The wireless device (e.g., Smartphone) is operable using the module (e.g., HCL Sametime application) to send, over the wireless link (e.g., Wi-Fi/Cellular link), data to the server (e.g., HCL Sametime server) that defines a call request (e.g., Invite signal from caller to server). |



# IBM/HCL Sametime Product Family Today

**Sametime Communicate & Conference plus:**
**Chat / Meetings Integration**
- Multi-party video calls via Chat
- Instant screen / application sharing

**Eclipse-based Meeting Experience**
- Attend meetings
- Manage meeting rooms
- Calendar integration
- Drag-and-drop to invite participants from Contact List

**Sametime Limited Use plus:**
**Presence and Instant Messaging**
- Single, multi-file, and folder transfer
- Screen capture and annotations
- Federation with 3rd-party services

**Social Tools**
- Community announcements
- Community chat
- Skill Tap
- Instant Polls
- Persistent chat rooms

**Audio, Video and Telephony via Chat**
- Peer-to-peer voice and video
- SIP softphone (voice and video)

**Clients**

**Meetings**
- Reservation-less, persistent rooms
- Multiple rooms per user
- Document, screen, and application sharing
- Integration with Connections Files
- Polls, hand raise, annotation tools
- Recordings and meeting reports
- Meeting chat
- Meeting minutes and action items
- Lecture-mode meetings

**Audio and Video via Meetings**
- Multi-party voice and video
- Software Video MCU / Video Manager (Polycom)
- Dial-out to audio conferencing bridges
- Bandwidth management (meetings)

**Clients**
- Browser client
- Mobile clients (iOS, Android)

**Integration**
- Client and server-side toolkits

**Presence and Instant Messaging**
- Presence awareness including automated geographic awareness
- User alerts and privacy lists
- 1:1 and group chat
- Persistent chat (v10)
- Multi-device chat (v10)

**Clients**
- Browser client

**Sametime Complete**

**Sametime Communicate**

**Sametime Conference**

**Sametime Limited Use**

https://www.cwpcollaboration.com/uploads/1/0/2/7/102707030/hcl_factory_tour_4_sametime_v11.pdf



SIP: Session Initiation Protocol

```
              atlanta.com . . . biloxi.com
                   proxy              proxy
                .                              .
   Alice's  . . . . . . . . . . . . . . . .  Bob's
   softphone                                SIP Phone
       |   INVITE F1   |              |              |
       |--------------->|  INVITE F2  |              |
       |  100 Trying F3 |--------------->|  INVITE F4  |
       |<---------------|             |--------------->|
       |                | 100 Trying F5 | 180 Ringing F6 |
       |                |<--------------|<---------------|
       |                | 180 Ringing F7 | 200 OK F9   |
       |  180 Ringing F8 |<--------------|<---------------|
       |<---------------| 200 OK F10   |              |
       |  200 OK F11    |<--------------|              |
       |<---------------|              |              |
       |                ACK F12                       |
       |-------------------------------------------->|
       |                Media Session                |
       |<===========================================>|
       |                BYE F13                       |
       |<--------------------------------------------|
       |                200 OK F14                     |
       |-------------------------------------------->|
```

https://tools.ietf.org/html/rfc3261

| (c) in response to the call request, the calls manager software included on the server is operable to decide on the appropriate routing to a third party end-user | In response to the call request (e.g., Invite signal from caller to server), the calls manager software (e.g., software pertaining to SIP proxy running at HCL server Server to route/manage calls) included on the server (e.g., HCL Sametime Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a third party end-user (e.g., Other users using HCL Sametime ) over all available networks for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |

over all available networks for that call request without using the network operator's home or visitor location register.

## IBM/HCL Sametime Product Family Today

**Sametime Communicate & Conference plus:**
**Chat / Meetings Integration**
- Multi-party video calls via Chat
- Instant screen / application sharing
**Eclipse-based Meeting Experience**
- Attend meetings
- Manage meeting rooms
- Calendar integration
- Drag-and-drop to invite participants from Contact List

**Meetings**
- Reservation-less, persistent rooms
- Multiple rooms per user
- Document, screen, and application sharing
- Integration with Connections Files
- Polls, hand raise, annotation tools
- Recordings and meeting reports
- Meeting chat
- Meeting minutes and action items
- Lecture-mode meetings
**Audio and Video via Meetings**
- Multi-party voice and video
- Software Video MCU / Video Manager (Polycom)
- Dial-out to audio conferencing bridges
- Bandwidth management (meetings)
**Clients**
- Browser client
- Mobile clients (iOS, Android)
**Integration**
- Client and server-side toolkits

**Sametime Complete**

**Sametime Communicate**

**Sametime Conference**

**Sametime Limited Use**

**Sametime Limited Use plus:**
**Presence and Instant Messaging**
- Single, multi-file, and folder transfer
- Screen capture and annotations
- Federation with 3rd-party services
**Social Tools**
- Community announcements
- Community chat
- Skill Tap
- Instant Polls
- Persistent chat rooms
**Audio, Video and Telephony via Chat**
- Peer-to-peer voice and video
- SIP softphone (voice and video)
**Clients**

**Presence and Instant Messaging**
- Presence awareness including automated geographic awareness
- User alerts and privacy lists
- 1:1 and group chat
- Persistent chat (v10)
- Multi-device chat (v10)
**Clients**
- Browser client

https://www.cwpcollaboration.com/uploads/1/0/2/7/102707030/hcl_factory_tour_4_sametime_v11.pdf



https://tools.ietf.org/html/rfc3261

| 24. A server for enabling a wireless device to communicate with the server to initiate a network connection without using a network | The accused product discloses a server enabling a wireless device (e.g., Smartphone) to communicate with the server (e.g., HCL Sametime  Server) to initiate a network connection (e.g., SIP invite) without using a network operator's home location register that covers that region, wherein the server includes a software application (e.g., software running at MiCollab server to route/manage calls) that functions as a calls manager. |
|---|---|

operator's home location register, wherein the server includes a software application that functions as a calls manager, wherein:



https://play.google.com/store/apps/details?id=com.hcl.android.sametime&hl=en

HCL Sametime is a highly secure, persistent team chat app for the HCL Sametime platform. It allows users to communicate securely in real-time across devices on web, desktop or mobile.

It is ideal for cross-team chat in countries with strict data privacy and gravity laws, companies in regulated industries, and government entities who need to be able to ensure the security and auditability of their data. With v11, secure conversations just got a lot easier. From a new user experience to modernized industry-standard technologies, Sametime v11 the best, most feature-rich version yet.

HCL Sametime works with your Sametime 10 and 11 server infrastructure.
https://play.google.com/store/apps/details?id=com.hcl.android.sametime&hl=en

## Sametime server architecture

A typical IBM® Sametime® deployment includes a cluster of servers for instant messaging on an IBM Domino®-based platform and other clustered servers running on IBM WebSphere® Application Server that support meetings, audio-visual services, and connections to a variety of clients.

The illustration shows the different types of servers and clients you can have in an IBM Sametime deployment. A Sametime deployment can be comprised of several types of Sametime servers and several types of Sametime clients.



https://help.hcltechsw.com/sametime/10.0/plan/over_server_arch.html



# IBM/HCL Sametime Product Family Today

**HCL**

**Sametime Communicate & Conference *plus*:**
**Chat / Meetings Integration**
- Multi-party video calls via Chat
- Instant screen / application sharing

**Eclipse-based Meeting Experience**
- Attend meetings
- Manage meeting rooms
- Calendar integration
- Drag-and-drop to invite participants from Contact List

**Sametime Limited Use *plus*:**
**Presence and Instant Messaging**
- Single, multi-file, and folder transfer
- Screen capture and annotations
- Federation with 3rd-party services

**Social Tools**
- Community announcements
- Community chat
- Skill Tap
- Instant Polls
- Persistent chat rooms

**Audio, Video and Telephony via Chat**
- Peer-to-peer voice and video
- SIP softphone (voice and video)
Clients

**Meetings**
- Reservation-less, persistent rooms
- Multiple rooms per user
- Document, screen, and application sharing
- Integration with Connections Files
- Polls, hand raise, annotation tools
- Recordings and meeting reports
- Meeting chat
- Meeting minutes and action items
- Lecture-mode meetings

**Audio and Video via Meetings**
- Multi-party voice and video
- Software Video MCU / Video Manager (Polycom)
- Dial-out to audio conferencing bridges
- Bandwidth management (meetings)

**Clients**
- Browser client
- Mobile clients (iOS, Android)

**Integration**
- Client and server-side toolkits

**Presence and Instant Messaging**
- Presence awareness including automated geographic awareness
- User alerts and privacy lists
- 1:1 and group chat
- Persistent chat (v10)
- Multi-device chat (v10)

**Clients**
- Browser client

**Sametime Complete**

**Sametime Communicate**

**Sametime Conference**

**Sametime Limited Use**

https://www.cwpcollaboration.com/uploads/1/0/2/7/102707030/hcl_factory_tour_4_sametime_v11.pdf



https://tools.ietf.org/html/rfc3261

| | |
|---|---|
| (a) the wireless device is operable using a module that is responsible for contacting the server to communicate with the server over a wireless link, wherein the device | The wireless device (e.g., Smartphone) is operable using a module (e.g., HCL Sametime application) that is responsible for contacting a server (e.g., HCL Sametime server) to communicate with the server (e.g., HCL Sametime server) over a wireless link (e.g., Wi-Fi/Cellular link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., HCL Sametime application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone). |

includes the module that is implemented as software and that is downloadable to the device;



https://play.google.com/store/apps/details?id=com.hcl.android.sametime&hl=en

| | HCL Sametime is a highly secure, persistent team chat app for the HCL Sametime platform. It allows users to communicate securely in real-time across devices on web, desktop or mobile.<br><br>It is ideal for cross-team chat in countries with strict data privacy and gravity laws, companies in regulated industries, and government entities who need to be able to ensure the security and auditability of their data. With v11, secure conversations just got a lot easier. From a new user experience to modernized industry-standard technologies, Sametime v11 the best, most feature-rich version yet.<br><br>HCL Sametime works with your Sametime 10 and 11 server infrastructure.<br>https://play.google.com/store/apps/details?id=com.hcl.android.sametime&hl=en |
|---|---|

# Sametime server architecture

A typical IBM® Sametime® deployment includes a cluster of servers for instant messaging on an IBM Domino®-based platform and other clustered servers running on IBM WebSphere® Application Server that support meetings, audio-visual services, and connections to a variety of clients.

The illustration shows the different types of servers and clients you can have in an IBM Sametime deployment. A Sametime deployment can be comprised of several types of Sametime servers and several types of Sametime clients.



https://help.hcltechsw.com/sametime/10.0/plan/over_server_arch.html



# IBM/HCL Sametime Product Family Today

**Sametime Communicate & Conference *plus*:**
**Chat / Meetings Integration**
- Multi-party video calls via Chat
- Instant screen / application sharing

**Eclipse-based Meeting Experience**
- Attend meetings
- Manage meeting rooms
- Calendar integration
- Drag-and-drop to invite participants from Contact List

**Sametime Limited Use *plus*:**
**Presence and Instant Messaging**
- Single, multi-file, and folder transfer
- Screen capture and annotations
- Federation with 3rd-party services

**Social Tools**
- Community announcements
- Community chat
- Skill Tap
- Instant Polls
- Persistent chat rooms

**Audio, Video and Telephony via Chat**
- Peer-to-peer voice and video
- SIP softphone (voice and video)
Clients

**Meetings**
- Reservation-less, persistent rooms
- Multiple rooms per user
- Document, screen, and application sharing
- Integration with Connections Files
- Polls, hand raise, annotation tools
- Recordings and meeting reports
- Meeting chat
- Meeting minutes and action items
- Lecture-mode meetings

**Audio and Video via Meetings**
- Multi-party voice and video
- Software Video MCU / Video Manager (Polycom)
- Dial-out to audio conferencing bridges
- Bandwidth management (meetings)

**Clients**
- Browser client
- Mobile clients (iOS, Android)

**Integration**
- Client and server-side toolkits

**Presence and Instant Messaging**
- Presence awareness including automated geographic awareness
- User alerts and privacy lists
- 1:1 and group chat
- Persistent chat (v10)
- Multi-device chat (v10)

**Clients**
- Browser client

**Sametime Complete**

**Sametime Communicate**

**Sametime Conference**

**Sametime Limited Use**

HCL

https://www.cwpcollaboration.com/uploads/1/0/2/7/102707030/hcl_factory_tour_4_sametime_v11.pdf

| | |
|---|---|
| | ```
                    SIP: Session Initiation Protocol

              atlanta.com  .  .  .  biloxi.com
                 proxy                 proxy
         .                                          .
    Alice's  .  .  .  .  .  .  .  .  .  .  .  .  .  Bob's
    softphone                                    SIP Phone
        |    INVITE F1     |                 |              |
        |---------------->| INVITE F2        |              |
        |  100 Trying F3  |---------------->| INVITE F4     |
        |<----------------|                 |-------------->|
        |                 |  100 Trying F5  | 180 Ringing F6|
        |                 |<--------------- |<--------------|
        |                 | 180 Ringing F7  |  200 OK F9    |
        |  180 Ringing F8 |<--------------- |<--------------|
        |<----------------|  200 OK F10     |              |
        |   200 OK F11    |<----------------|              |
        |<----------------|                 |              |
        |                      ACK F12                      |
        |------------------------------------------------->|
        |                  Media Session                    |
        |<================================================>|
        |                      BYE F13                      |
        |<-------------------------------------------------|
        |                    200 OK F14                     |
        |------------------------------------------------->|
``` <br> https://tools.ietf.org/html/rfc3261 |
| (b) the wireless device is operable using the module to send, over the wireless link, data to the server that defines a call request; | The wireless device (e.g., Smartphone) is operable using the module (e.g., HCL Sametime application) to send, over the wireless link (e.g., Wi-Fi/Cellular link), data to the server (e.g., HCL Sametime server) that defines a call request (e.g., Invite signal from caller to server). |



## IBM/HCL Sametime Product Family Today

**Sametime Communicate & Conference plus:**
**Chat / Meetings Integration**
- Multi-party video calls via Chat
- Instant screen / application sharing

**Eclipse-based Meeting Experience**
- Attend meetings
- Manage meeting rooms
- Calendar integration
- Drag-and-drop to invite participants from Contact List

**Sametime Limited Use plus:**
**Presence and Instant Messaging**
- Single, multi-file, and folder transfer
- Screen capture and annotations
- Federation with 3rd-party services

**Social Tools**
- Community announcements
- Community chat
- Skill Tap
- Instant Polls
- Persistent chat rooms

**Audio, Video and Telephony via Chat**
- Peer-to-peer voice and video
- SIP softphone (voice and video)

**Clients**

**Meetings**
- Reservation-less, persistent rooms
- Multiple rooms per user
- Document, screen, and application sharing
- Integration with Connections Files
- Polls, hand raise, annotation tools
- Recordings and meeting reports
- Meeting chat
- Meeting minutes and action items
- Lecture-mode meetings

**Audio and Video via Meetings**
- Multi-party voice and video
- Software Video MCU / Video Manager (Polycom)
- Dial-out to audio conferencing bridges
- Bandwidth management (meetings)

**Clients**
- Browser client
- Mobile clients (iOS, Android)

**Integration**
- Client and server-side toolkits

**Presence and Instant Messaging**
- Presence awareness including automated geographic awareness
- User alerts and privacy lists
- 1:1 and group chat
- Persistent chat (v10)
- Multi-device chat (v10)

**Clients**
- Browser client

**Sametime Complete**

**Sametime Communicate**

**Sametime Conference**

**Sametime Limited Use**

https://www.cwpcollaboration.com/uploads/1/0/2/7/102707030/hcl_factory_tour_4_sametime_v11.pdf



https://tools.ietf.org/html/rfc3261

| | |
|---|---|
| (c) in response to the call request, the calls manager software included on the server is operable to decide on the appropriate routing to a third party end-user | In response to the call request (e.g., Invite signal from caller to server), call manager software (e.g., software pertaining to SIP proxy running at HCL server Server to route/manage calls) included on the server (e.g., HCL Sametime Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using HCL Sametime ) for that call request without using the network operator's home or visitor location register. |

over all available networks for that call request without using that network operator's home or visitor location register.



IBM/HCL Sametime Product Family Today

**Sametime Complete**

**Sametime Communicate & Conference *plus*:**
**Chat / Meetings Integration**
- Multi-party video calls via Chat
- Instant screen / application sharing
**Eclipse-based Meeting Experience**
- Attend meetings
- Manage meeting rooms
- Calendar integration
- Drag-and-drop to invite participants from Contact List

**Sametime Communicate**

**Sametime Conference**

**Sametime Limited Use *plus*:**
**Presence and Instant Messaging**
- Single, multi-file, and folder transfer
- Screen capture and annotations
- Federation with 3rd-party services
**Social Tools**
- Community announcements
- Community chat
- Skill Tap
- Instant Polls
- Persistent chat rooms
**Audio, Video and Telephony via Chat**
- Peer-to-peer voice and video
- SIP softphone (voice and video)
**Clients**

**Sametime Limited Use**

**Meetings**
- Reservation-less, persistent rooms
- Multiple rooms per user
- Document, screen, and application sharing
- Integration with Connections Files
- Polls, hand raise, annotation tools
- Recordings and meeting reports
- Meeting chat
- Meeting minutes and action items
- Lecture-mode meetings
**Audio and Video via Meetings**
- Multi-party voice and video
- Software Video MCU / Video Manager (Polycom)
- Dial-out to audio conferencing bridges
- Bandwidth management (meetings)
**Clients**
- Browser client
- Mobile clients (iOS, Android)
**Integration**
- Client and server-side toolkits

**Presence and Instant Messaging**
- Presence awareness including automated geographic awareness
- User alerts and privacy lists
- 1:1 and group chat
- Persistent chat (v10)
- Multi-device chat (v10)
**Clients**
- Browser client

HCL

https://www.cwpcollaboration.com/uploads/1/0/2/7/102707030/hcl_factory_tour_4_sametime_v11.pdf

```
                    SIP: Session Initiation Protocol

              atlanta.com  . . . biloxi.com
                   proxy              proxy
               .                              .
    Alice's  . . . . . . . . . . . . . . . . .  Bob's
    softphone                                SIP Phone
          |           |               |
          |  INVITE F1 |               |           |
          |--------------->|  INVITE F2 |           |
          |  100 Trying F3 |--------------->|  INVITE F4 |
          |<---------------|  100 Trying F5 |--------------->|
          |                |<---------------| 180 Ringing F6 |
          |                | 180 Ringing F7 |<---------------|
          | 180 Ringing F8 |<---------------|  200 OK F9 |
          |<---------------|  200 OK F10 |<---------------|
          |  200 OK F11 |<---------------|           |
          |<---------------|           |           |
          |                    ACK F12                      |
          |------------------------------------------------>|
          |                  Media Session                  |
          |<===============================================>|
          |                    BYE F13                       |
          |<------------------------------------------------|
          |                    200 OK F14                    |
          |------------------------------------------------>|
```

https://tools.ietf.org/html/rfc3261