```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CORETEK LICENSING LLC,                                      :
                                        Plaintiff,          :
                                                            :        20 Civ. 4996 (LGS)
                -against-                                   :
                                                            :              ORDER
HCL AMERICA, INC.,                                          :
                                        Defendant.          :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order at Dkt. No. 8, dated July 14, 2020, required the parties to file a proposed case management plan no later than seven days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is scheduled for August 27, 2020, but the joint letter and proposed case management plan have not been filed.  It is hereby

**ORDERED** that, by **August 24, 2020, at noon**, the parties shall file the joint letter.

Dated: August 21, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**